John R. Carrigan, Jr. (SBN 217534)
*jcarrigan@cozen.com*
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: (310) 393-4000
Facsimile: (310) 394-4700

Attorney for Defendant
G2 SECURE STAFF, L.L.C.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORETTA COY,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., a Texas Corporation; G2 SECURE STAFF, L.L.C., a Texas Limited Liability Company; DOE GATE AGENT; DOE ATTENDANT; and Does 1 through 100, Inclusive,<br><br>Defendants | Case No.: 5:26-cv-02399-NW-NC<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR DISMISSAL OF THE FIRST AND SECOND CAUSES OF ACTION IN PLAINTIFF'S FIRST AMENDED COMPLAINT AGAINST DEFENDANT G2 SECURE STAFF, L.L.C.**<br><br>District Judge Noel Wise<br><br>Date of Removal: March 19, 2026 |

BY AND THROUGH THEIR RESPECTIVE COUNSEL, Defendant G2 SECURE STAFF, L.L.C. ("G2") and Plaintiff LORETTA COY, ("Plaintiff") (G2 and Plaintiff are jointly referred to as the "Parties"), hereby stipulate as follows:

WHEREAS, on May 22, 2026, at which time G2 had not yet been served with Plaintiff's initial Complaint or Plaintiff's First Amended Complaint (the "FAC") in this case, Defendant Southwest Airlines Co. ("SWA") filed its Motion to Dismiss the First and Second Causes of Action in Plaintiff's First Amended Complaint in this matter (the "Motion to Dismiss");

WHEREAS, on July 2, 2026, at which time G2 had not yet been served had not yet been served with Plaintiff's initial Complaint or Plaintiff's First Amended Complaint in this case in this case, Court granted SWA's Motion to Dismiss and ruled that "the Court DISMISSES Counts I and II of Plaintiff's FAC" (the "Court's Order");

WHEREAS, on July 14, 2026, Plaintiff served G2 with the FAC, which still contained the dismissed causes of action;

WHEREAS, G2 has agreed to waive service of a federal summons;

WHEREAS, counsel for Plaintiff and G2 have met and conferred regarding the applicability of the Court's Order as to Plaintiff's First and Second Causes of Action against G2 and stipulated that G2's date to respond to the FAC would be continued to September 3, 2026, and

WHEREAS, Plaintiff and G2 agree that, in light of the Court's Order and reasoning, the First Cause of Action and Second Cause of Action in the FAC cannot proceed against G2;

WHEREAS, in order to allow G2 time to evaluate the allegations in the FAC and gather and review information regarding those allegations, Plaintiff and G2 previously stipulated that G2 will have up to and including September 3, 2026 to respond to the FAC, which prior stipulation remains in effect;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and G2, through their undersigned counsel, as follows:

1. Plaintiff voluntarily dismisses, with prejudice, the First and Second Causes of Action in the FAC against G2.
2. No other claims asserted in the FAC against G2 are affected by this Stipulation.
3. Each party shall bear its own attorneys' fees and costs arising from the dismissal of these causes of action.

4. The parties respectfully request that the Court enter the accompanying Order recognizing and effectuating the dismissal of the First and Second Causes of Action in the FAC against G2.

IT IS SO STIPULATED

Dated: August 28, 2026

**COZEN O'CONNOR**

By: ______________________
John R. Carrigan, Jr.
Attorneys for Defendant
G2 SECURE STAFF, L.L.C.

Dated: August 28, 2026

**LAW OFFICES OF CHARLES S. ROSEMAN & ASSOCIATES**

By: */s/ Richard D. Prager*
Charles S. Roseman
Richard D. Prager
Attorneys for Plaintiff
LORETTA COY

I, John Carrigan Jr., attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 26, 2026

______________________
John R. Carrigan, Jr.

# ~~[PROPOSED]~~ ORDER

The Court, having considered the Parties' Stipulation to Dismiss Plaintiff's First and Second Causes of Action against Defendant G2 Secure Staff, L.L.C. with prejudice, hereby ORDERS as follows:

1. Plaintiff Loretta Coy's First Cause of Action and Second Cause of Action as alleged in the First Amended Complaint are DISMISSED WITH PREJUDICE as to Defendant G2 Secure Staff, L.L.C.
2. All remaining Claims and defenses are unaffected by this Order.

**IT IS SO ORDERED.**

DATED: September 2, 2026 By: [signature]

Honorable Noel Wise

e United States District Court Judge